■ In the Matter of HOTEL ASSOCIATION OF NEW YORK CITY, INC., et al., Appellants, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the

respondent. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY RUSSO, Appellant.— Judgments unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERALD KLUFAS, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.